# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS HARRISON, <br><br> Plaintiff, <br><br> v. <br><br> NIEHUS, et al., <br><br> Defendants. | Case No. 1:17-cv-01120-AWI-BAM (PC) <br><br> ORDER GRANTING MOTION FOR CASE STATUS AND UPDATE <br><br> (ECF No. 6) |

Plaintiff Marcus Harrison ("Plaintiff") is a state proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on August 21, 2017. (ECF No. 1.) On February 23, 2018, Plaintiff filed the instant inquiry as to the status of his civil rights case. (ECF No. 6.) Specifically, Plaintiff appears to request that a screening order be issued, pursuant to 28 U.S.C. § 1915A(a).

As noted by Plaintiff, the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts. Due to the heavy caseload, Plaintiff's complaint is still awaiting screening. Accordingly, Plaintiff's motion for case status, (ECF No. 6), is HEREBY GRANTED. The Court is aware of the

1

pendency of this case and will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated: **February 27, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE